Sarah J. Crouch, Esq.  
Fitzgerald & Associates, P.C.  
649 Newark Avenue  
Jersey City, NJ 07306  
(201) 533-1100  
United States Bankruptcy Court  
District of New Jersey -- Newark  

Order Filed on July 12, 2017  
by Clerk  
U.S. Bankruptcy Court  
District of New Jersey

----------------------------------X  
In Re:

    ANA BAPTISTA                 Chapter 13

                              Case No. 17-21786

    Debtor                   Hon. Vincent F. Papalia

----------------------------------X

**ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 12, 2017**

_____  
**Honorable Vincent F. Papalia**  
**United States Bankruptcy Judge**

Page 2
Debtor: Ana Baptista
Case No.: 17-21786
Caption: ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)
----------------------------------------

THIS MATTER having been opened to the Court by Fitzgerald & Associates, P.C., the debtors' counsel, upon the debtor's Motion for an Order extending the automatic stay contained within 11 U.S.C. § 362 as to all creditors beyond 30 days pursuant to 11 U.S.C. § 362(c)(3)(B); and good and sufficient cause appearing therefrom for the entry of this Order;

It is

**ORDERED**, that the automatic stay of the Bankruptcy Code contained within 11 U.S.C. § 362 thereof be and hereby is to continue as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under 11 U.S.C. 11 U.S.C. § 362 (c)(1) or (c)(2), or a motion for relief is granted under 11 U.S.C. § 362(d).