Sarah J. Crouch, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Newark
----------------------------------X

In Re:

    ANA BAPTISTA

          Debtor

----------------------------------X

**Order Filed on July 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Chapter 13

Case No. 17-21786

Hon. Vincent F. Papalia

**ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C. § 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11 U.S.C. § 362 (C)(3)(B)**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 12, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**Page 2**
Debtor: Ana Baptista
Case No.: 17-21786
Caption: ORDER EXTENDING THE AUTOMATIC STAY WITHIN 11 U.S.C.
§ 362 AS TO ALL CREDITORS BEYOND 30 DAYS PURSUANT TO 11
U.S.C. § 362 (C)(3)(B)
-----------------------------------------

THIS MATTER having been opened to the Court by
Fitzgerald & Associates, P.C., the debtors' counsel, upon
the debtor's Motion for an Order extending the automatic
stay contained within 11 U.S.C. § 362 as to all creditors
beyond 30 days pursuant to 11 U.S.C. § 362(c)(3)(B); and good
and sufficient cause appearing therefrom for the entry of
this Order;

It is

**ORDERED**, that the automatic stay of the Bankruptcy Code
contained within 11 U.S.C. § 362 thereof be and hereby is to
continue as to all creditors for the duration of this Chapter
13 proceeding, or until such time as the stay is terminated
under 11 U.S.C. 11 U.S.C. § 362 (c)(1) or (c)(2), or a motion
for relief is granted under 11 U.S.C. § 362(d).

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-21786-VFP
Ana S. Baptista                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1              Date Rcvd: Jul 13, 2017
                              Form ID: pdf903       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db              Ana S. Baptista,    57 Wilson Ave,    Newark, NJ  07105-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
             Mortgage Trust 2005-16HE, Asset-Backed Certificates, Series 2005-16HE dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com
            Marie-Ann Greenberg    magecf@magtrustee.com
            Michael E. Brown    on behalf of Creditor    National Loan Investors, LP mbrown@dbblegal.com
            Nicholas Fitzgerald    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com
            Sarah J. Crouch    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com,
             nadiafinancial@gmail.com;r53165@notify.bestcase.com
            U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 7