Sarah J. Crouch, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100

Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

United States Bankruptcy Court
District of New Jersey -- Newark
-------------------------------------X
In Re:

    ANA BAPTISTA                 Chapter 13

                                Case No. 17-21786

    Debtor                    Hon. Vincent F. Papalia

-------------------------------------X

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN BY NATIONAL LOAN INVESTORS LP**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Ana Baptista
Case No.: 17-21786
Caption: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY NATIONAL LOAN INVESTORS LP

For good cause shown, it is ORDERED that the Secured Creditor's Objection is resolved subject to the following conditions:

1. This order shall be incorporated in and became a part of any Order Confirming the Chapter 13 plan.
2. The Debtor agrees to make the monthly payment amount of $4,160.00 directly to Secured Creditor outside of her Chapter 13 Plan, subject to periodic adjustments for escrow/and or variable interest rates, until such time as the property located at 124 Fleming Avenue, Newark, NJ is sold.
3. That the creditor shall amend their claim to secured status for the purposes of this bankruptcy case.
4. Payments to the Secured Creditor shall be made to the following address:

    National Loan Investors, LP
    5619 N. Classen Blvd
    Oklahoma City, OK 73118

The undersigned consent to the terms, conditions, and entry of this Order:

By: _____          By: _____
    Sarah J. Crouch, Esq.                 Kyle Eingorn, Esq.
    Counsel for the Debtor                Counsel for National Loan
                                          Investors LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

In Re:
ANA BAPTISTA

Case No.: 17-21786
Chapter: 13
Hearing Date: 12/21/2017 @ 10 am
Judge: Papalia

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order __Resolving Objection to Confirmation__ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: 12/18/17

Signature of Attorney

*rev.8/1/15*