Sarah J. Crouch, Esq.
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
United States Bankruptcy Court
District of New Jersey -- Newark

------------------------------------X

In Re:

    ANA BAPTISTA

          Debtor

------------------------------------X

Chapter 13

Case No. 17-21786

Hon. Vincent F. Papalia

Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN BY NATIONAL LOAN INVESTORS LP**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Ana Baptista
Case No.: 17-21786
Caption: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY NATIONAL LOAN INVESTORS LP
_____

For good cause shown, it is ORDERED that the Secured Creditor's Objection is resolved subject to the following conditions:

1. This order shall be incorporated in and became a part of any Order Confirming the Chapter 13 plan.
2. The Debtor agrees to make the monthly payment amount of $4,160.00 directly to Secured Creditor outside of her Chapter 13 Plan, subject to periodic adjustments for escrow/and or variable interest rates, until such time as the property located at 124 Fleming Avenue, Newark, NJ is sold.
3. That the creditor shall amend their claim to secured status for the purposes of this bankruptcy case.
4. Payments to the Secured Creditor shall be made to the following address:

    National Loan Investors, LP
    5619 N. Classen Blvd
    Oklahoma City, OK 73118

The undersigned consent to the terms, conditions, and entry of this Order:

By: _____    By: _____
    Sarah J. Crouch, Esq.                   Kyle Eingorn, Esq.
    Counsel for the Debtor                  Counsel for National Loan
                                            Investors LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

In Re:
ANA BAPTISTA

Case No.: 17-21786

Chapter: 13

Hearing Date: 12/21/2017 @ 10 am

Judge: Papalia

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

I certify that with respect to the Consent Order ___Resolving Objection to Confirmation___ submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order;

(b) The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011 (sign certification with a /s/_____).

Date: 12/18/17

Signature of Attorney

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ana S. Baptista  
    Debtor

Case No. 17-21786-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db         Ana S. Baptista,    57 Wilson Ave,    Newark, NJ   07105-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin Mortgage Trust 2005-16HE, Asset-Backed Certificates, Series 2005-16HE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Michael E. Brown    on behalf of Creditor    National Loan Investors, LP mbrown@dbblegal.com  
       Nicholas Fitzgerald    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com  
       Sarah J. Crouch    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com  
       Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, as Trustee under Securitization Servicing Agreement dated as of October 1, 2004 Structured Asset Securities Corporation Fremont Home Loan Trust Mortgage Pass- Through C skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                   TOTAL: 8