STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456



Order Filed on January 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (NEWARK)

| IN RE:<br><br>ANA S. BAPTISTA<br>DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 17-21786-VFP<br><br>HEARING: **JANUARY 4, 2018 AT 11:00 AM**<br><br>JUDGE: VINCENT F. PAPALIA |
|---|---|

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 15, 2018**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

(page 2)
Debtor: Ana S. Baptista

Case Number: 17-21786-VFP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

  Upon the Motion for Relief of U.S. BANK NATIONAL ASSOCIATION, as Trustee under Securitization Servicing Agreement dated as of October 1, 2004 Structured Asset Securities Corporation Fremont Home Loan Trust Mortgage Pass- Through Certificates, Series 2004-3 from the Automatic Stay under 11 U.S.C. § 362(d) With Respect to Real Property located at 528 -530 Adams Avenue, Elizabeth, NJ 07201 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, and for cause shown, it is:

  ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified and annulled to allow Movant (and any assignee/successor-in-interest) to proceed with its state court remedies under state and federal law, including but not limited to a possessory action regarding the Property located at 528 -530 Adams Avenue, Elizabeth, NJ 07201 ("Property").

  It is further ORDERED that the Automatic Stay (under 11 USC §362) with regard to the Property shall not arise as to Movant and any assignee/successor-in-interest in this Bankruptcy or any other Bankruptcy filed by the Debtor.

  It is further ORDERED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

  Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the motion.