STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456



Order Filed on January 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (NEWARK)

| IN RE:<br><br>ANA S. BAPTISTA<br>DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 17-21786-VFP<br><br>HEARING: **JANUARY 4, 2018 AT 11:00 AM**<br><br>JUDGE: VINCENT F. PAPALIA |
|---|---|

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ***ORDERED.***


**DATED: January 15, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(page 2)
Debtor: Ana S. Baptista

Case Number: 17-21786-VFP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

   Upon the Motion for Relief of U.S. BANK NATIONAL ASSOCIATION, as Trustee under Securitization Servicing Agreement dated as of October 1, 2004 Structured Asset Securities Corporation Fremont Home Loan Trust Mortgage Pass- Through Certificates, Series 2004-3 from the Automatic Stay under 11 U.S.C. § 362(d) With Respect to Real Property located at 528 -530 Adams Avenue, Elizabeth, NJ 07201 through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, and for cause shown, it is:

   ORDERED that the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified and annulled to allow Movant (and any assignee/successor-in-interest) to proceed with its state court remedies under state and federal law, including but not limited to a possessory action regarding the Property located at 528 -530 Adams Avenue, Elizabeth, NJ 07201 ("Property").

   It is further ORDERED that the Automatic Stay (under 11 USC §362) with regard to the Property shall not arise as to Movant and any assignee/successor-in-interest in this Bankruptcy or any other Bankruptcy filed by the Debtor.

   It is further ORDERED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

   Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-21786-VFP
Ana S. Baptista                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Jan 16, 2018
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
db              Ana S. Baptista,    57 Wilson Ave,    Newark, NJ  07105-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2005-16HE, Asset-Backed Certificates, Series 2005-16HE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Brown    on behalf of Creditor    National Loan Investors, LP mbrown@dbblegal.com
              Nicholas Fitzgerald    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
              Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, as Trustee under
               Securitization Servicing Agreement dated as of October 1, 2004 Structured Asset Securities
               Corporation Fremont Home Loan Trust Mortgage Pass- Through C skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8