# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 17−21786−VFP
> Chapter: 13
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ana S. Baptista
   57 Wilson Ave
   Newark, NJ 07105−3216

Social Security No.:
   xxx−xx−4863

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 28, 2017.

On 3/9/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:         April 19, 2018
Time:         10:00 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 28, 2018
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-21786-VFP
Ana S. Baptista                                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 28, 2018
                              Form ID: 185             Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db              Ana S. Baptista,    57 Wilson Ave,   Newark, NJ  07105-3216
cr             +National Loan Investors, LP,    Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
516872429      +Attorney General of the United States,    For the Internal Revenue Service,
                 950 Pennsylvannia AVe NW Room 4545,    Washington, DC 20530-0009
516872430    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial LLC,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
517149343      +Ditech Financial LLC,    2100 East Elliot Road,    Bldg. 94, Recovery Dept. T-120,
                 Tempe, AZ 85284-1806
516977377      +National Loan Investors, LP,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
516872431      +Parker McKay PA,    9000 Midatlantic Drive Suite 300,    Po Box 5054,
                 Mount Laurel, NJ 08054-5054
516872432     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Po Box 190,
                 Trenton, NJ 08695)
516915736      +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516872434      +US Bank National Assoc / Terwin Mortgage,    Specialized Loan Servicing,    Po Box 636005,
                 Littleton, CO 80163-6005
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2018 23:12:53     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2018 23:12:52     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516872433*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Po Box 245,
                 Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee for Terwin
               Mortgage Trust 2005-16HE, Asset-Backed Certificates, Series 2005-16HE dcarlon@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Kyle Francis Eingorn    on behalf of Creditor    National Loan Investors, LP keingorn@dbblegal.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael E. Brown    on behalf of Creditor    National Loan Investors, LP mbrown@dbblegal.com
              Nicholas Fitzgerald    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com
```

```
District/off: 0312-2            User: admin              Page 2 of 2             Date Rcvd: Mar 28, 2018
                                Form ID: 185             Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Sarah J. Crouch    on behalf of Debtor Ana S. Baptista nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              Steven P. Kelly    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, as Trustee under
               Securitization Servicing Agreement dated as of October 1, 2004 Structured Asset Securities
               Corporation Fremont Home Loan Trust Mortgage Pass- Through C skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```